AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.

JONATHAN HUNTER KRAMER

*Defendant(s)*

Case No. 26-1518

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 12, 2026 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 924(h) | Count One: Receipt or Transfer of a Firearm or Ammunition Knowing or Having Reasonable Cause to Believe that Such Firearm or Ammunition Will Be Used to Commit a Felony or a Federal Crime of Terrorism |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

/s/Gregory Battaglia
*Complainant's signature*

Gregory Battaglia, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/13/2026

*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Honorable Maureen P. Kelly, U.S. Magistrate Judge
*Printed name and title*