FILED
OCT 0 6 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JONATHAN HUNTER KRAMER

Criminal No. 26- 213

**INDICTMENT MEMORANDUM**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna and Alyssa R. Angotti, Assistant United States Attorneys for said District, and submits this Indictment Memorandum to the Court:

## I. THE INDICTMENT

A federal grand jury returned a one-count indictment against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One | Receipt of a Firearm or Ammunition Knowing that Such Firearm or Ammunition Will Be Used to Commit a Felony or a Federal Crime of Terrorism<br><br>On or about September 12, 2026 | 18 U.S.C. § 924(h) |

## II. ELEMENTS OF THE OFFENSE

**As to Count One:**

In order for the crime of Receipt of a Firearm or Ammunition Knowing or Having Reasonable Cause to Believe that Such Firearm or Ammunition Will Be Used to Commit a Felony

or a Federal Crime of Terrorism, in violation of 18 U.S.C. § 924(h), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. The defendant, on or about the date set forth in the Indictment, possessed the firearm or ammunition described in the Indictment.

2. The defendant knowingly received the firearm or ammunition.

3. The defendant knew, or had reasonable cause to believe, that the firearm or ammunition would be used to commit a felony or a Federal crime of terrorism.

## III. PENALTIES

**As to Count One: Receipt of a Firearm or Ammunition Knowing that Such Firearm or Ammunition Will Be Used to Commit a Felony or a Federal Crime of Terrorism (18 U.S.C. § 924(h)):**

1. A term of imprisonment of not more than fifteen (15) years.
2. A fine of not more than $250,000.
3. A term of supervised release of not more than three (3) years.

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

## V. RESTITUTION

Not applicable in this case.

## VI. FORFEITURE

As set forth in the Indictment, forfeiture may be applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*s/Brendan J. McKenna*
BRENDAN J. McKENNA
Assistant U.S. Attorney
PA ID No. 314315

*s/ Alyssa R. Angotti*
ALYSSA R. ANGOTTI
Assistant U.S. Attorney
PA ID No. 323007