IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Cr. No. 26-cr 213
vs ) District Judge
) Magistrate Judge Dodge
Jonathan Hunter Kramer )
)

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Jake Morrison Time: 10:25 am - 10:30 am

Government: Brendan McKenna & Alyssa Angotti By Video: ✓

1. Date of Arraignment: 10/13/26
2. Defendant is: ✓ incarcerated.
   ______ on bond.
3. Defendant entered a plea of NOT GUILTY. *oral motion for ext. (45)
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.
5. A Rule 16 conference: ✓ has been held. * granted 11/30/2026
   ______ has not been held.
6. Discovery is ______ completed ✓ not completed.
7. Defendant has requested to be tried by: ✓ Jury
   ______ Non-Jury
8. All parties have been advised that the matter:
   ______ has been scheduled for trial for ______.
   ______ has not been scheduled for trial.
   ✓ has not been scheduled for trial, but will be notified.
9. Estimated trial length: 4 days / 2 days
10. Defendant: ✓ has been processed by U.S. Marshal.
    ______ has not been processed by U.S. Marshal, but has been advised to be processed.

[signature]
United States Magistrate Judge